UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN K. WAHRMANN,

               Plaintiff,

  -v-                                                6:13-CV-0431
                                                     (DNH/ATB)

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:


OFFICE OF GENERAL COUNSEL           TOMASINA DIGRIGOLI, ESQ.
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge


## DECISION and ORDER

     Plaintiff John K. Wahrmann filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits and Social Security Income benefits under the Social Security Act. By Report-Recommendation dated August 19, 2014, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the Commissioner's decision denying plaintiff benefits

be affirmed and plaintiff's complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision denying plaintiff benefits is AFFIRMED; and

2. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: September 15, 2014
Utica, New York.

United States District Judge