# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**John K. Wahrmann**
      Plaintiff

  v.                       CASE NUMBER: 6:13-cv-431 (DNH/ATB)

**Commissioner of Social Security**
      Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is accepted in whole. The Commissioner's decision denying plaintiff benefits is AFFIRMED, and that plaintiff's Complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable District Judge David N. Hurd, dated the 15th day of September, 2014.

DATED: September 15, 2014

*Lawrence K. Baerman*
Clerk of Court

s/ Michelle Coppola
Deputy Clerk